UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BARBARA LUSTIGER,**

    **Plaintiff(s),**

**v.**                                    **CASE NO:  8:11-CV-1684-T-30MAP**

**METROPOLITAN LIFE**
**INSURANCE COMPANY,**

    **Defendant(s).**
_____/

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #3).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on November 30, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1684 dismiss 3.docx